IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 25-cv-01411-CNS-CYC | Date: December 3, 2025 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| CARL E FILLER<br>**Plaintiff** | *David Meretta* |
| v. | |
| THE TOWN OF CASTLE ROCK, COLORADO<br>**Defendant** | *Peter Doherty* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:03 p.m.

Appearance of counsel.

Argument as to [17] Defendant's Motion to Dismiss given by Mr. Doherty and Mr. Meretta with questions from the Court.

As outlined on the record, it is

**ORDERED: [17] Defendant's Motion to Dismiss is DENIED.**

Discussion held on settlement discussions.

**ORDERED: Settlement conference with the Magistrate Judge is authorized.**

**Parties are to send a joint email to Chambers if a mediation is scheduled, and another joint email within 5 days after mediation is completed, if applicable.**

Court in Recess: 2:24 p.m.        Hearing concluded.        Total time in Court: 00:21